# EXHIBIT

# 1

Int. Cls.: 9, 12, 20, and 28

Prior U.S. Cls.: 2, 13, 19, 21, 22, 23, 25, 26, 31, 32, 35, 36, 38, 44, and 50

**United States Patent and Trademark Office**

Reg. No. 2,748,177
Registered Aug. 5, 2003

## TRADEMARK
## PRINCIPAL REGISTER

### BESTWAY

SHANGHAI BESTWAY PLASTIC PRODUCTS CO., LTD. (CHINA CORPORATION)
NO. 3293 CAO AN ROAD
SHANGHAI, 201812, CHINA

FOR: SCUBA GOGGLES, DIVING MASKS, SNORKELS AND FINS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-3-1994; IN COMMERCE 9-3-1994.

FOR: RAFTS AND OARS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-3-1994; IN COMMERCE 9-3-1994.

FOR: AIR MATTRESSES FOR CAMPING, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-3-1994; IN COMMERCE 9-3-1994.

FOR: INFLATABLE FLOAT MATTRESSES AND PADS AND SWIM FLOATS FOR RECREATIONAL USE; INFLATABLE BALLS, ANIMALS, CARTOON CHARACTERS AND SIMILAR FIGURES, TREES, FISH, SNOW TUBES, CARS, PLANES, BOATS, SWIMMING POOLS AND PLAY CENTERS, SUCH AS CASTLES AND SPACESHIPS ALL FOR RECREATIONAL USE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-3-1994; IN COMMERCE 9-4-1994.

SN 76-277,426, FILED 6-25-2001.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,756,976
Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER



SHANGHAI BESTWAY PLASTIC PRODUCTS CO., LTD. (CHINA CORPORATION)
NO. 3293 CAO AN ROAD
SHANGHAI, CHINA 201812

FOR: BEACH TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-3-1994; IN COMMERCE 9-3-1994.

SN 76-276,944, FILED 6-25-2001.

C. DIONNE CLYBURN, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# BESTWAY

**Reg. No. 5,702,452**
**Registered Mar. 19, 2019**
**Int. Cl.: 11, 19**
**Trademark**
**Principal Register**

Bestway Inflatables & Material Corp. (CHINA CORPORATION)
3065 Cao An Road
Shanghai, CHINA 201812

CLASS 11: Water filtering apparatus; Swimming pool chlorinating apparatus; Water filtration and purification units and replacement cartridges therefor; Water heaters; Heaters for swimming pools

FIRST USE 4-00-2007; IN COMMERCE 4-00-2007

CLASS 19: Non-metal above ground swimming pools

FIRST USE 4-00-2007; IN COMMERCE 4-00-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2756976, 2748177

SER. NO. 88-064,104, FILED 08-03-2018

Director of the United States
Patent and Trademark Office