**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIAL CORP.<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defaulting Defendants. | Case No.: 1:20-cv-1098<br><br>Judge Jorge L. Alonso |

**FINAL JUDGMENT ORDER**

THIS CAUSE being before the Court on Plaintiff, BESTWAY INFLATABLES & MATERIAL CORP.'S ("Bestway's" or "Plaintiff's") Motion for Entry of Default and Default Judgment, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of Default and Default Judgment in its entirety against the Defaulting Defendants corresponding to the aliases ("Defendant Aliases") or online marketplace accounts or profiles associated with the internet store URLs (the "Online Marketplace Accounts") in Schedule A below (hereinafter, "Defaulting Defendants").

This Court has entered, upon a showing by Plaintiff, a temporary restraining order ("TRO") and preliminary injunction against Defaulting Defendants, each including an asset restraint. Plaintiff has properly completed service of process on Defaulting Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, the TRO order, and other relevant documents on a website and by sending an e-mail to the e-mail addresses

1

identified in Exhibit 1 to the Declaration of Eric Li or any e-mail addresses provided to Defendants by third parties that includes a link to said website. These actions provided notice reasonably calculated under the circumstances of the present case to apprise Defaulting Defendants of the pendency of the action and have afforded Defaulting Defendants the opportunity to answer and present their objections. Defaulting Defendants failed to answer or otherwise respond to the Complaint. Defaulting Defendants failed to answer or otherwise respond to the Amended Complaint, and the time to answer or otherwise respond to the Amended Complaint has expired.

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants as the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating ecommerce Internet stores and online marketplace accounts that target United States consumers using one or more Defendant Aliases through which Illinois residents can purchase products using infringing and counterfeit versions of the registered BESTWAY Trademarks identified in the chart below (the "BESTWAY Trademarks").

| REGISTRATION NUMBER | TRADEMARK | REGISTRATION DATE | GOODS AND SERVICES |
|---|---|---|---|
| 2,748,177 | BESTWAY | August 5, 2003 | Scuba goggles, diving masks, snorkels and fins, U.S Class(es): 021, 023, 026, 036, 038; Rafts and oars, U.S Class(es): 019, 021, 023, 031, 035, 044; Air mattresses for camping, U.S Class(es): 002, 013, 022, 025, 032, 050; Inflatable float mattresses and pads and swim floats for recreational use; inflatable balls, animals, cartoon characters and similar figures, trees, fish, snow tubes, cars, planes, boats, swimming pools and play centers, such as castles and |

4815-6330-1061.2

| | | | |
|---|---|---|---|
| | | | spaceships all for recreational use, U.S Class(es): 022, 023, 038, 050 |
| 2,756,976 | Bestway (logo) | August 26, 2003 | Beach toys, U.S Class(es): 022, 023, 038, 050 |
| 5,702,452 | BESTWAY | March 19, 2019 | Water filtering apparatus; Swimming pool chlorinating apparatus; Water filtration and purification units and replacement cartridges therefor; Water heaters; Heaters for swimming pools, U.S Class(es): 013, 021, 023, 031, 034; Non-metal above ground swimming pools, U.S Class(es): 001, 012, 033, 050 |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

 a. using Plaintiff's BESTWAY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine

BESTWAY product or not authorized by Plaintiff to be sold in connection with Plaintiff's BESTWAY Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a BESTWAY product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's BESTWAY Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing Plaintiff's BESTWAY Trademarks and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's BESTWAY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing, or has provided, services for any of the Defaulting Defendants, or in connection with any of the ecommerce Internet stores operating under the Defendant Aliases, Online Marketplace Accounts or other aliases operated by Defaulting Defendants, including, without limitation, any

4

4815-6330-1061.2

online marketplace platforms such as iOffer, eBay, Amazon, Wish.com, and Dhgate (hereinafter ("Third Party Providers") shall, within five (5) business days after receipt of such notice:

    a.    disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the BESTWAY Trademarks; and

    b.    disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the BESTWAY Trademarks.

3.    Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful acts of trademark infringement and counterfeiting in relation to Defaulting Defendants' unauthorized uses of the BESTWAY Trademarks. The two hundred thousand dollar ($200,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

4.    Any Third Party Providers holding funds for Defaulting Defendants, including, but not limited to, PayPal, Inc. ("PayPal"), DHPay, Wish.com, and Amazon Pay, shall within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Aliases from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

5.    All monies, up to the above identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Dhpay, Wish.com, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Dhpay, Wish.com,

and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Dhpay, Wish.com, and Amazon Pay, shall within two (2) business days:

    a. locate all accounts and funds connected to Defaulting Defendants or the Defendant Aliases and Online Marketplace Accounts, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 1 to the Declaration of Eric Li, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Defaulting Defendants as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Eric Li and any e-mail addresses provided for Defaulting Defendants by third parties.

8. The Court releases the ten-thousand dollar ($10,000) Bond on Injunction that Plaintiff has filed with the Court (the "Injunction Bond"). Bestway and any surety identified in the Injunction Bond are released from any obligations or liabilities identified therein.

DATED: August 28, 2020

IT IS SO ORDERED

_____
Jorge L. Alonso
U.S. District Court Judge

# SCHEDULE 1

| No. | Defendant Alias | Internet Store URL |
|---|---|---|
| 1 | para_90kaiw | https://www.ebay.com/usr/para_90kaiw |
| 3 | ocean-beach | https://www.ebay.com/usr/ocean-beach |
| 8 | tonsee_store | https://www.ebay.com/usr/tonsee_store |
| 9 | yanggerpt | https://www.ebay.com/usr/yanggerpt |
| 10 | e_coming | https://www.ebay.com/usr/e_coming |
| 12 | b2ccn | https://www.ebay.com/usr/b2ccn |
| 24 | louyue_80 | https://www.ebay.com/usr/louyue_80 |
| 25 | ouyang_87 | https://www.ebay.com/usr/ouyang_87 |
| 27 | africanbananas | https://www.wish.com/merchant/5a0172dc471c14593ef30616 |
| 28 | Cold Grassland | https://www.wish.com/merchant/5b611b498dc5222676ccfbaf |
| 29 | corolissally | https://www.wish.com/merchant/595d91c5b8bc5d54d0957d0a |
| 30 | Dillkeri | https://www.wish.com/merchant/5b0501ed6d232a7da2910317 |
| 31 | DZT Worldwide LLC | https://www.wish.com/merchant/55e11ef5a1e298461a7d3227 |
| 33 | Fashion piglets | https://www.wish.com/merchant/5959f4efb8bc5d70f3bd1bad |
| 34 | Flykate | https://www.wish.com/merchant/595b769dd4cc344bc1c35703 |
| 35 | foopot | https://www.wish.com/merchant/5976a12a21064f277ee7606c |
| 37 | gaosqin | https://www.wish.com/merchant/5b0389af5920691c2995c82c |
| 38 | Ifenty | https://www.wish.com/merchant/594cda3f30047a73c724bc1c |
| 39 | IYPL9FVNEI5 | https://www.wish.com/merchant/5af17d2a28c4d02ac1bd16d2 |
| 40 | jiaohuangshidou | https://www.wish.com/merchant/5af3c4a38699ce137bdd94f2 |
| 41 | jungege123 | https://www.wish.com/merchant/5ad0924d47a0e7037bc94845 |
| 42 | kdze7025 | https://www.wish.com/merchant/5af903865ccdca7b9d2e2eb9 |
| 43 | Krion | https://www.wish.com/merchant/5aa63bd91843543f0e0e2172 |
| 44 | Lanbeer | https://www.wish.com/merchant/5af64ed0920bb417f9980a91 |
| 45 | Lenkoss | https://www.wish.com/merchant/5975cdd6776ab90bf62d26de |
| 46 | lhycc3 | https://www.wish.com/merchant/5aeeb23ef0b75f0bb5bd5e4d |
| 47 | lllsssp | https://www.wish.com/merchant/5af95d56642fc716b28b6085 |
| 48 | Loxien | https://www.wish.com/merchant/5aa0ed37c3911a2434de0717 |
| 49 | luxuryluxuryhome | https://www.wish.com/merchant/5a65c163edd4427e6ee01cd2 |
| 50 | meilijiating | https://www.wish.com/merchant/5afc03fb61b19624307cd2b4 |
| 51 | minimybay | https://www.wish.com/merchant/5a3113161e7f75170b92f69f |
| 52 | miniteyangliu | https://www.wish.com/merchant/5ae030d71843546cfa3f6f94 |
| 53 | Mziaoo | https://www.wish.com/merchant/5a9f8e8a40626a227c7ae505 |
| 54 | onestonetwobird | https://www.wish.com/merchant/5af023477824ca25153953d8 |
| 55 | P PENGJIE | https://www.wish.com/merchant/5afaa33c8aa33d3d4dbd824a |
| 56 | pinpainvzhuang1 | https://www.wish.com/merchant/5aefbd4d80b1d61984237d4d |

4815-6330-1061.2

| 57 | Pweter Lyandon | https://www.wish.com/merchant/5b042d3bbdade42a1ac3d3f9 |
|---|---|---|
| 58 | qinghualio | https://www.wish.com/merchant/5afbdbfd5bc05c35ec4d3c0b |
| 59 | The Big Red | https://www.wish.com/merchant/5955ba68c25081160b78c86e |
| 60 | Tizi Sada | https://www.wish.com/merchant/5b5adeaa67fd604f959f2069 |
| 61 | Walddert | https://www.wish.com/merchant/5aea828c7a1fe4117f0bfa33 |
| 62 | xiaonigongyi | https://www.wish.com/merchant/5b1275dbc258691f6aa901b3 |
| 63 | yumaodian | https://www.wish.com/merchant/5ad84b94beed123f1f4247d4 |
| 64 | Arccudda | https://www.wish.com/merchant/5acac57a1b98df1e9a23b512 |
| 65 | Celendi | https://www.wish.com/merchant/597943844b913a733d686025 |
| 67 | cuijiqin | https://www.wish.com/merchant/5aed1fd6e9b72319f7e10f46 |
| 68 | GuLan | https://www.wish.com/merchant/59a0042690a0f127aa796ba0 |
| 69 | ilirongrongshoping | https://www.wish.com/merchant/5b0fbb2c0128753326df873a |
| 70 | Jallis | https://www.wish.com/merchant/594c7d27fc079109daa9d657 |
| 71 | lihaixia12312 | https://www.wish.com/merchant/5adc0a3515511a4d3abdcca9 |
| 72 | liulin111 | https://www.wish.com/merchant/5af2852ae139d7645df0b9d0 |
| 73 | Makkalen | https://www.wish.com/merchant/5b0f6fac7752c86e3595684a |
| 74 | Srotean | https://www.wish.com/merchant/5aa276bbb9605f36266e489d |
| 75 | Tinttana | https://www.wish.com/merchant/5b06674c2f9ef66126fd1afe |
| 77 | YuChenJia | https://www.wish.com/merchant/59a92214776ab96fcff78181 |
| 78 | yuwangsheng | https://www.wish.com/merchant/5afe47c3cfb4e56638167f37 |
| 80 | hansenhanlin | https://www.wish.com/merchant/5b0370d50128755414ce1116 |
| 83 | xiaguan | https://www.wish.com/merchant/5b028d20cfb44a1648488c87 |
| 84 | accommodate | https://www.wish.com/merchant/59254bc84d43576858e4e934 |
| 85 | minsdeal | https://www.wish.com/merchant/5a421f4c87c25b70c1122d9d |
| 86 | wonbubu | https://www.wish.com/merchant/5a096b61e65033699e2c00e8 |
| 96 | all-4-you-good-stuff | https://all-4-you-good-stuff.ecrater.com |
| 123 | aikho_62 | https://www.ebay.co.uk/usr/aikho_62 |
| 124 | asanka_2558 | https://www.ebay.com/usr/asanka_2558 |
| 126 | belle-poque | https://www.ebay.com/usr/belle-poque |
| 127 | bhqwe123 | https://www.ebay.com/usr/bhqwe123 |
| 128 | bozanruoj | https://www.ebay.com/usr/bozanruoj |
| 130 | cc10086 | https://www.ebay.com/usr/cc10086 |
| 131 | conception1248 | https://www.ebay.com/usr/conception1248 |
| 132 | cosplayflying | https://www.ebay.com/usr/cosplayflying |
| 133 | dallasdeal | https://www.ebay.com/usr/dallasdeal |
| 134 | ddl2012 | https://www.ebay.co.uk/usr/ddl2012 |
| 137 | eiberos_0 | https://www.ebay.com/usr/eiberos_0 |
| 138 | fashionhome_9 | https://www.ebay.com/usr/fashionhome_9 |
| 142 | gongsi69 | https://www.ebay.com/usr/gongsi69 |
| 144 | happyear1998 | https://www.ebay.com/usr/happyear1998 |

4815-6330-1061.2

| 145 | hni8fs | https://www.ebay.com/usr/hni8fs |
|---|---|---|
| 147 | iclou-15 | https://www.ebay.com.au/usr/iclou-15 |
| 148 | ihha-11 | https://www.ebay.com/usr/ihha-11 |
| 150 | jame2018 | https://www.ebay.com.au/usr/jame2018 |
| 153 | largenewr_3 | https://www.ebay.com/usr/largenewr_3 |
| 155 | lkavi19 | https://www.ebay.com/usr/lkavi19 |
| 157 | mar92yel | https://www.ebay.com/usr/mar92yel |
| 158 | meke1489 | https://www.ebay.com/usr/meke1489 |
| 160 | napie_lee24 | https://www.ebay.com/usr/napie_lee24 |
| 161 | ogoghk | https://www.ebay.com/usr/ogoghk |
| 162 | onfine2009 | https://www.ebay.com/usr/onfine2009 |
| 166 | salewish | https://www.ebay.co.uk/usr/salewish |
| 167 | savenueyonker56 | https://www.ebay.fr/usr/savenueyonker56 |
| 168 | shazraz0 | https://www.ebay.com/usr/shazraz0 |
| 169 | shoppingtime2018 | https://www.ebay.com.au/usr/shoppingtime2018 |
| 170 | top-fashion1202 | https://www.ebay.com/usr/top-fashion1202 |
| 171 | uniq23v3 | https://www.ebay.com/usr/uniq23v3 |
| 172 | utopiasight | https://www.ebay.com/usr/utopiasight |
| 173 | vesselxie18 | https://www.ebay.com/usr/vesselxie18 |
| 175 | wholesale_eu | https://www.ebay.com/usr/wholesale_eu |
| 178 | yao520mao | https://www.ebay.com/usr/yao520mao |
| 179 | y-topsale | https://www.ebay.co.uk/usr/y-topsale |
| 180 | z_pumpkin | https://www.ebay.co.uk/usr/z_pumpkin |
| 182 | zhaoddon_0 | https://www.ebay.com.au/usr/zhaoddon_0 |
| 187 | czhteng | https://www.wish.com/merchant/5673bf2547954126aec31a19 |
| 189 | Dreamcatcher trade company | https://www.wish.com/merchant/552f19f8ab34ee1ce992ec55 |
| 193 | I LOVE TO BUY OO | https://www.wish.com/merchant/5afbe369cf6b2613ba26570e |
| 194 | Jayoyo | https://www.wish.com/merchant/596c31f44b913a103c552ff1 |
| 195 | just4youb | https://www.wish.com/merchant/5a37714895646e044f489062 |
| 197 | laylayxinba | https://www.wish.com/merchant/5acc52cc40626a24141860cf |
| 200 | qingday | https://www.wish.com/merchant/5d848c8022e777777b74f109 |
| 204 | xingniankeshi | https://www.wish.com/merchant/5b0923e57e43f27823a0532e |
| 208 | Fxbar | https://www.amazon.com/sp/?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=ANL3W4ULJAI41&tab=&vasStoreID= |
| 271 | funtastic | https://www.dhgate.com/store/21112312 |

4815-6330-1061.2